# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2009

Marilyn Kelly,
Chief Justice

139501

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ELIJAH JEREMIAH WELLONS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

           SC: 139501
           COA: 289607
           Oakland CC Family Division:
           08-745308-NA

KANIQUE TASHAWN WELLONS,
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____     _____
                                     Clerk